**FILED**
Aug 15, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-1119

BENJAMIN STANLEY,

    Plaintiff-Appellee,

v.

PETSMART, LLC,

    Defendant,

and

RANDY WASON, in his individual and professional capacity,

    Defendant-Appellant.

Before:  SILER, KETHLEDGE, and DAVIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the orders of the district court are VACATED, and the case is REMANDED.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_
Kelly L. Stephens, Clerk